IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


DRAGO RAKICH                                                                        PLAINTIFF

v.                                            Civil No. 1:26-cv-01015-SOH-CDC

JOHN DOE arresting officer; SHERIFF
CHARLIE PHILLIPS; JUDGE BARKER;
CAPTAIN SANDERS J; JEFFEREY C.
ROGERS; and RANDEE MOLSBEE                                                          DEFENDANTS


**ORDER**

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve Defendants Jefferey C. Rogers and Randee Molsbee. Defendants may be served at 307 American Road, Suite 114, El Dorado, AR 71730.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

1

**DATED** this **8th day of May 2026**.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE