IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DRAGO RAKICH                                                    PLAINTIFF

v.                              Case No. 1:26-cv-1015

SHERIFF CHARLIE PHILLIPS; JUDGE BARKER;
CAPTAIN J. SANDERS; JEFFEREY C. ROGERS;
RANDEE MOLSBEE; and JOHN DOE                                    DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Upon pre-service screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A(a), Judge Comstock recommends that: 1) Defendant Judge Barker be dismissed without prejudice because of judicial immunity, and; 2) Defendants Sheriff Charlie Phillips and Captain J. Sanders be dismissed without prejudice because Plaintiff failed to state a claim against them. Judge Comstock further recommends that Plaintiff's claims against Defendants Jefferey C. Rogers, Randee Molsbee, and John Doe be permitted to proceed. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 9) in toto. Accordingly, Plaintiff's claims against Defendants Judge Barker, Sheriff Charlie Phillips, and Captain J. Sanders are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against the remaining Defendants may proceed.

**IT IS SO ORDERED**, this 15th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge